# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2021 KW 0256

VERSUS

JASON JARRELL SPIKES                                   **MAY 24, 2021**

---

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                         **MRT**
                         **EW**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT